UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 1:13-mj-334 |
| JESSICA NICOLE SMITH | § § § | (W. D. of Arkansas: 5:13M5022-001) |

## ORDER

On this the 25th day of March 2013, Jessica Nicole Smith was brought before the Court, pursuant to an arrest warrant issued in the Western District of Arkansas, for an initial appearance, Rule 5 Federal Rules of Criminal Procedure. The arrest warrant was based on a complaint, however, Jessica Nicole Smith is not being charged with any offense under the criminal laws of the United States. Jessica Nicole Smith is allegedly a witness against individuals charged in the Western District of Arkansas. No request to designate Jessica Nicole Smith as a material witness has been filed with this Court. No authority has been presented to the court for the continued arrest and detention of Jessica Nicole Smith. It is therefore ORDERED, ADJUDGED and DECREED that the United States Marshal release Jessica Nicole Smith INSTANTER.

Done at Brownsville, Texas, this 25th day of March 2013.

Felix Recio
United States Magistrate Judge